USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
KEITH MONTEREY,                                      :
                                                     :
                              Plaintiff,             :
                                                     :          17-CV-4477 (VEC)
                  -against-                           :
                                                     :             ORDER
CITY OF NEW YORK, SGT. WILLIAM HART,  :
and P.O. JOHN DOE #1-10,                              :
                                                     :
                              Defendants.  :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the trial in this case is set to begin on January 27, 2020;

    IT IS HEREBY ORDERED THAT, no later than **January 17, 2020,** the parties must

submit proposed special jury interrogatories regarding the question of Defendants' Qualified

Immunity, in the event that the jury renders a verdict for the Plaintiff.


**SO ORDERED.**

Date:  **January 10, 2020**                    _____
       **New York, New York**                 **VALERIE CAPRONI**
                                              **United States District Judge**