USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MONTEREY KEITH,

                       Plaintiff,

     -against-

SGT. WILLIAM HART and DET. ROGER
SAVAGE,

                      Defendants.
-------------------------------------------------------------- X

**VERDICT SHEET**
17-CV-4477 (VEC)

VALERIE CAPRONI, United States District Judge:

                PLEASE CHECK (√) YOUR ANSWERS

All jurors must agree on the answers to all of the questions.
Jurors must answer the questions in the order they are presented.

1

### I. **Liability**

### Claim 1: False Arrest: Defendant Hart

1. Has Defendant Hart proved, by a preponderance of the evidence, that there was probable cause to arrest Plaintiff on April 17, 2016?

    Yes_____   No __✓__

    *Proceed to Question 2.*

### Claim 2: Excessive Force: Both Defendants

2. Has Plaintiff proved, by a preponderance of the evidence, that he was subjected to excessive force by:

    Defendant Hart?

    Yes __✓__   No_____

    Defendant Savage?

    Yes_____   No __✓__

    *Proceed to Question 3 only if you have answered Yes as to one and only one defendant. Enter the Defendant's name as to whom you answered "NO" in the space provided in Question 3. Otherwise, skip to Question 4.*

### Claim 3: Failure to Intervene: Both Defendants

*Reminder: Leave this question entirely blank if, in Question 2, you answered "YES" as to both Defendants or if you answered "NO" as to both Defendants.*

3. Has Plaintiff proven by a preponderance of the evidence that __Savage__ [*enter the name of the Defendant as to whom you answered "NO" in response to Question 2*] failed to intervene to prevent Plaintiff from being subjected to excessive force?

    Yes_____   No __✓__

    *Proceed to Question 4.*

2

### Claim 4: Fair Trial Rights: Defendant Hart

4. Has Plaintiff proven by a preponderance of the evidence that Defendant Hart interfered with Plaintiff's right to a fair trial?

    Yes __✓__   No_____

## II.   Compensatory and Nominal Damages

### Claim 1: False Arrest

*Answer this question only if you answered "NO" to Question 1. If you answered "YES" to Question 1, skip to Question 8.*

5. Has Plaintiff proven by a preponderance of the evidence that there is an amount of compensatory damages that would fairly and adequately compensate Plaintiff for injuries proximately caused by his false arrest?

    Yes __✓__   No_____

*If "YES", proceed to Question 6. If "NO", skip to Question 7.*

6. What amount of compensatory damages would fairly and adequately compensate Plaintiff for injuries caused by his false arrest?

    $ __1,500.00__

7. What amount of nominal damages, not to exceed $1.00, do you award Plaintiff based on his false arrest?

    $ _____

### Claims 2 and 3: Excessive Force and Failure to Intervene

*Answer this question only if you answered "YES" as to at least one Defendant in response to Question 2. If you answered "NO" as to both Defendants in response to Question 2, skip to Question 11.*

8. Has Plaintiff proven by a preponderance of the evidence that there is an amount of compensatory damages that would fairly and adequately compensate Plaintiff for injuries proximately caused by the use of excessive force?

    Yes __✓__   No_____

3

*If "YES", proceed to Question 9. If "NO", skip to Question 10.*

9. What amount of compensatory damages would fairly and adequately compensate Plaintiff for injuries caused by the use of excessive force and, if any, the failure to intervene? The Plaintiff may recover only once for the injuries sustained by these two claims.

    $ _10,000.00_

10. What amount of nominal damages, not to exceed $1.00, do you award Plaintiff based on the use of excessive force?

    $  [scribbled out]

**Claim 4: Fair Trial Right**

*Answer this question only if you answered "YES" to Question 4. If you answered "NO" to Question 4, skip to Question 14.*

11. Has Plaintiff proven by a preponderance of the evidence that there is an amount of compensatory damages that would fairly and adequately compensate Plaintiff for injuries proximately caused by the denial of his fair trial right?

    Yes _✓_    No _____

*If "YES", proceed to Question 12. If "NO", skip to Question 13.*

12. What amount of compensatory damages would fairly and adequately compensate Plaintiff for injuries caused by the denial of Plaintiff's fair trial right?

    $ _30,000.00_

13. What amount of nominal damages, not to exceed $1.00, do you award Plaintiff based on the denial of Plaintiff's fair trial right?

    $ _____

4

### III. Punitive Damages

14. Should punitive damages be awarded against:

Defendant Hart:

Yes __✓__     No _____

Defendant Savage?

Yes _____     No __✓__

*You are finished. The foreperson should ensure that each juror agrees with the answer to each question. If so, the foreperson should sign and date the verdict sheet and inform the Marshal that you have reached a verdict.*

Dated: January _30_, 2020

_____
Foreperson

5